Howard Neu
Attorney for Plaintiff
LAW OFFICE OF HOWARD NEU, P.A.
1152 N. University Drive
Pembroke Pines, Florida 33024
TELEPHONE: 954-431-3990
FACSIMILE: 954-431-5113

### UNITED STATES DISTRICT COURT IN AND FOR
### THE SOUTHERN DISTRICT OF FLORIDA
### CIVIL ACTION

MAILPLANET.COM, INC.,
 a Corporation of the District of Columbia,

    Plaintiff,

LO MONACO HOGAR, S.L.
a Limited Liability Company of Spain

    Defendant.

**06-60823**
Civil Case Number

CIV-DIMITROULEAS

/TORRES

### COMPLAINT FOR DECLARATORY RELIEF AND RELIEF UNDER 15 U.S.C. § 1114(2)(D)(iv)-(v)

The Plaintiff herein, Mailplanet.com Inc, a corporation of the District of Columbia (hereinafter MAILPLANET), sues the Defendant Lo Monaco Hogar, S.L., a limited liability company of Spain (hereinafter LO MONACO HOGAR), and states:

### CAUSE AND JURISDICTION

1. This is an action brought pursuant to 28 U.S.C. 2201, in that there is an actual controversy among the parties for which the Plaintiff seeks a declaration of its rights and obligations, without which Plaintiff will be irreparably harmed.

2. This action is further brought pursuant to the Lanham Act, and in particular 15 U.S.C.



§ 1114(2)(D)(iv) and (v).

3. This action concerns rights under an internet domain name registration contract entered into between MAILPLANET and Moniker Online Services (hereinafter REGISTRAR), a limited liability company of Florida, having a place of business in Pompano Beach, Florida., said contract has a situs in the Southern District of Florida.

4. LO MONACO HOGAR disputes MAILPLANET'S rights under said contract between MAILPLANET and REGISTRAR.

5. LO MONACO HOGAR has admitted to personal jurisdiction in the Southern District of Florida for resolution of the dispute.

6. Subject matter jurisdiction of the Court is invoked pursuant to 28 U.S.C. 1338(a) in that the instant action arises under the Lanham Act.

## FACTS

7. On or about December 12, 2003, MAILPLANET entered into a contract with REGISTRAR to secure to MAILPLANET, registration of the internet domain name "lomonaco.com" (hereinafter the Domain Name).

8. Said contract between MAILPLANET and REGISTRAR provides:

"For all matters arising from this Agreement or your use of Moniker's services, including, but not limited to, claims in which your use of our domain name registration services is challenged by a third party, Client and Moniker agree to the exclusive subject matter jurisdiction, personal jurisdiction and venue of the United States District Court for the Southern District of Florida, Miami Division."

9. Said contract further incorporates an administrative dispute policy, the Uniform Domain Name Dispute Resolution Policy (UDRP), under which a third party may request

transfer of rights under said contract to such party on the basis of a claim of trade or service mark rights.

10. On or about August 22, 2005, LO MONACO HOGAR issued a complaint under the Uniform Domain Name Dispute Resolution Policy (UDRP), and challenging MAILPLANET'S registration of the Domain Name.

11. On or about December 2, 2005, a panel appointed by the World Intellectual Property Organization, a treaty organization located in Geneva, Switzerland, rendered a UDRP decision directing REGISTRAR to transfer the domain name to LO MONACO HOGAR.

12. The UDRP provides that such UDRP decision:

"[...] shall not prevent either you or the complainant from submitting the dispute to a court of competent jurisdiction for independent resolution before such mandatory administrative proceeding is commenced or after such proceeding is concluded."

13. In its complaint under the UDRP, LO MONACO HOGAR stated:

"[T]he Complainant agrees to submit, only with respect to any challenge that may be made by the Respondent to a decision by the Administrative Panel to transfer or cancel the domain name that is the subject of this Complaint, to the jurisdiction of the courts where the registrar has his residence, this is Pompano Beach, Florida, (United States of America)."

14. MAILPLANET operates an internet email service whereby MAILPLANET provides selected internet email addresses to its customers.

15. Pursuant to its email services, MAILPLANET registered the Domain Name in order to offer internet email services to persons desiring an email address ending in "lomonaco.com",

such as persons surnamed "Lomonaco".

16. For this purpose MAILPLANET has registered a number of internet domain names corresponding to surnames.

17. The United States Census Bureau includes "Lomonaco" in a ranked list of surname frequency of individuals counted in the United States Census.

18. Prior to being notified of a dispute by LO MONACO HOGAR, MAILPLANET, its officers, directors, and agents, had no actual knownledge of the existence of LO MONACO HOGAR.

19. On information and belief, LO MONACO HOGAR manufactures and sells mattresses in Spain.

20. On information and belief, LO MONACO HOGAR does not engage in interstate commerce in the United States of America in connection with the manufacture, sale, or transportation of mattresses or any other article denominated as originating with LO MONACO HOGAR.

21. LO MONACO HOGAR claims to have a registered trademark in Spain, but does not employ "LOMONACO" as a trade or service mark under the Lanham Act.

22. LO MONACO HOGAR does not own a registration of "LOMONACO" as a trade or service mark under the Lanham Act.

23. MAILPLANET reasonably believes its registration and use of the domain name lomonaco.com was and is lawful under the Lanham Act.

24. In the absence of a declaration from the Court, REGISTRAR will transfer the domain name to the control of LO MONACO HOGAR, and MAILPLANET will suffer immediate and irreparable harm.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff MAILPLANET prays for the relief of the Court in the form(s) of:

A. A DECLARATION that MAILPLANET'S registration of the domain name is lawful, and does not violate any enforceable right of LO MONACO HOGAR in the United States of America;

B. An award of costs and fees to MAILPLANET under 15 U.S.C. 1114(2)(D)(IV);

C. An injunction under 15 U.S.C. 1114(2)(D)(V) including reactivation of the domain name and maintenance of registration to Plaintiff, to prevent transfer to the Defendant; and

D. Such other relief as the Court may deem just and proper.

Signed this 12th day June, 2006,

_____
HOWARD NEU, ESQ.

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**I. (a) PLAINTIFFS**
MAILPLANET.COM INC., a Corporation of the District of Columbia

**DEFENDANTS**
LO MONACO HOGAR, S.L., a Limited Liability Company of Spain

(b) County of Residence of First Listed Plaintiff **BROWARD**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael J. Colitz, III, Esquire
HOLLAND & KNIGHT, LLP.
100 North Tampa Street, Suite 4100, Tampa, Florida 33602

CIV - DIMITROULEAS
06-60823

Attorneys (If Known)
Howard M. Ney, Esquire    TORRES

0:06CV 60823-WPD-Torres

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 Foreign Nation | | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | | ☐ 530 General | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☐ 1 Original Proceeding ☐ 2 Removed from State Court ☒ 3 Re-filed- (see VI below) ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☒ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE William P. Dimitrouleas    DOCKET NUMBER 06-60031

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 15 U.S.C. 1114 (2)(D)(iv) and (v)

LENGTH OF TRIAL via **2** days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 6/11/06

FOR OFFICE USE ONLY
AMOUNT 350.00    RECEIPT # 539343

AO 120 (Rev. 2/99)

| COMMISSIONER OF PATENTS & TRADEMARKS<br>2121 CRYSTAL DRIVE<br>SUITE 1100<br>ARLINGTON, VA 22201 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Southern District of Florida___ on the following ☐ Patents or  X  Trademarks:

| DOCKET NO.<br>06-60823-CIV-WPD | DATE FILED<br>6/12/06 | U.S. DISTRICT COURT<br>Southern District of Florida |
|---|---|---|
| PLAINTIFF<br>Mailplanet.com, Inc. | | DEFENDANT<br>Lo Monaco Hogar, S.L. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See attached | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| | 1 | | |
| | 2 | | |
| | 3 | | . |
| | 4 | | |
| | 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>Lisa I. Streets | DATE<br>6/12/06 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy